UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __25-1385__   Caption: Milligan v. Merrill Lynch, Pierce, Fenner & Smith, Inc.

Appellant

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

    Sealed Joint Appendix (Volume II); Sealed Brief

2. Is sealing of document(s) necessary?

    ☐ No
    ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

    Oct. 1, 2024 (Doc. 45) (sealing Docs. 42-3, 42-4, 42-5, 42-6, 42-7, 42-8, 42-9, 42-10, 42-11);
    Dec. 9, 2024 (Doc. 55) (sealing Docs. 54-3, 54-4, 54-5)

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

    The district court ordered that the identified documents shall remain under seal until otherwise ordered by the court. The files are accessible to the court and parties.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

    ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

    ☑ Yes

## CERTIFICATE OF SERVICE

I certify that on  May 27, 2025      the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

MORGAN, LEWIS & BOCKIUS LLP
Michael E. Kenneally                                 (michael.kenneally@morganlewis.com)
Andrew R. Hellman                                    (andrew.hellman@morganlewis.com)
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Samuel S. Shaulson                                   (sam.shaulson@morganlewis.com)
600 Brickell Avenue, Suite 1600
Miami, FL 33131                                      Counsel for Defendants-Appellees

   /s/ Mathew P. Jasinski                                    05/27/2025
         Signature                                               Date