FILED:  May 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1385
(3:24-cv-00440-KDB-DCK)

_____

KELLY MILLIGAN, on behalf of himself and all others similarly situated

        Plaintiff - Appellant

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA
CORPORATION

        Defendants - Appellees

and

JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global Banking
and Global Wealth and Investment Management Administration at Bank of America
Corp.

        Defendant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places the

sealed opening brief and appendix volume II under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk