# No. 25-1385

# In the United States Court of Appeals
## FOR THE FOURTH CIRCUIT

KELLY MILLIGAN, on behalf of himself and all others similarly situated

*Plaintiff - Appellant*

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA CORPORATION

*Defendants - Appellees*

and

JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global Banking and Global Wealth and Investment Management Administration at Bank of America Corp.

*Defendant*

On Appeal from the U.S. District Court for the Middle District of North Carolina
No. 24-cv-440, Honorable Kenneth D. Bell

## PARTLY OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

SAMUEL S. SHAULSON
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131
(305) 415-3412

MATTHEW A. RUSSELL
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1771

MICHAEL E. KENNEALLY
ANDREW R. HELLMAN
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000

*Counsel for Defendants-Appellees*

In accordance with Rules 26 and 27 of the Federal Rules of Appellate Procedure, Appellees Merrill Lynch, Pierce, Fenner & Smith Inc. and Bank of America Corp. respectfully move for an extension of 30 days, up to and including July 28, 2025, in which to file their response brief. Appellees have not previously requested an extension of time in which to file their response brief. This motion is opposed to the extent that it requests an extension longer than 14 days.

In support of this motion, Appellees state the following:

1. On April 14, 2025, this appeal was docketed. Dkt. 1.

2. On May 27, 2025, Appellant Kelly Milligan filed his opening brief. Dkt. 15.

3. Under this Court's briefing order of April 14, 2025, the Brief of Appellees is due on June 26, 2025. Dkt. 3. No oral argument date has been set. Appellees have not previously requested any extension of their briefing time.

4. A 30-day extension from June 26, 2025 to July 28, 2025 is necessary because of undersigned counsel's previously scheduled professional commitments and to allow sufficient time for Appellees to adequately address the numerous issues raised by Appellant's opening brief and to enable sufficient coordination between Appellees and their counsel in light of the importance of this appeal to the parties.

1

5. Between the filing of the opening brief on May 27, 2025 and the current due date of June 26, 2025, undersigned counsel has had an exceptionally busy practice, including, among other responsibilities:

- Brief of appellees in *McGoveran v. Amazon Web Services Inc.*, No. 24-3215 (3d Cir.), filed May 30, 2025;

- Reply brief in support of writ of certiorari in *Parker-Hannifin Corp. v. Johnson*, No. 24-1030 (U.S.), for filing June 9, 2025;

- Opening brief of appellants in *Duke v. Luxottica U.S. Holdings Corp.*, No. 24-3207 (2d Cir.), due June 12, 2025;

- Brief of appellees in *Carlisle v. Board of Trustees of the American Federation of the New York State Teamsters Conference Pension & Retirement Fund*, No. 25-511 (2d Cir.), due June 16, 2025; and

- Brief of appellants in *CBW Bank v. FDIC*, No. 25-3056 (10th Cir.), due June 20, 2025.

6. Undersigned counsel does not believe it is possible to extend any of these other deadlines.

7. Other counsel for Appellees have additional professional and personal commitments of their own during the same timeframe.

8. On June 3, 2025, counsel for Appellees informed Appellant's counsel that they intended to file this motion. Appellant's counsel replied that Appellant

2

would be willing to consent to a 14-day extension to and including July 10, but otherwise would oppose the motion. Appellant's counsel stated that a 30-day extension would cause Appellant's reply brief to be due in mid-August, when Appellant's counsel had reduced availability.

9. Counsel for Appellees responded that, given a series of preexisting professional commitments and other conflicts as described above, Appellees still preferred to request 30 days to allow sufficient time for preparing the brief and the internal client review it would require. Appellees' counsel offered to agree to a reasonable extension of the deadline for Appellant's reply brief to accommodate opposing counsel's mid-August schedule, but Appellant's counsel reiterated that Appellant would consent to a maximum of a 14-day extension.

10. While Appellees appreciate Appellant's willingness to consent to a 14-day extension, Appellees do not believe such an extension to July 10, 2025 would be sufficient for them in the current circumstances. In addition to the competing obligations mentioned above, undersigned counsel is responsible for a brief of appellees in *Hutchins v. HP Inc.*, No. 25-826 (9th Cir.), due July 2, 2025 (which is a deadline that cannot realistically be extended, given a prior extension). And in light of the Independence Day holiday and previously planned personal and family commitments, a July 10, 2025 deadline would complicate client review and coordination between Appellees and their counsel.

3

## CONCLUSION

For all these reasons, Appellees respectfully request that the time for filing their response brief be extended by 30 days, to and including July 28, 2025.

Dated:  June 4, 2025

Respectfully submitted,

s/ Michael E. Kenneally
MICHAEL E. KENNEALLY
ANDREW R. HELLMAN
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 739-3000

SAMUEL S. SHAULSON
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL  33131
(305) 415-3412

MATTHEW A. RUSSELL
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL  60606
(312) 324-1771

*Counsel for Defendants-Appellees*

5

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure because it contains 668 words, excluding the parts of the filing exempted by Rules 27(a)(2)(B) and 32(f).

This motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface, Times New Roman 14-point font.

Dated: June 4, 2025              s/ Michael E. Kenneally
                                                    MICHAEL E. KENNEALLY

                                                    *Counsel for Defendants-Appellees*