# No. 25-1385

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

KELLY MILLIGAN, on behalf of himself
and all others similarly situated,

*Plaintiff-Appellant,*

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA CORPORATION; JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global Banking and Global Wealth and Investment Management Administration at Bank of America Corp.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of North Carolina,
Case No. 3:24-cv-00440, Hon. Kenneth D. Bell

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF FOR APPELLANT

| | |
|---|---|
| John S. Edwards, Jr. | Mathew P. Jasinski |
| AJAMIE LLP | Riley Breakell |
| 711 Louisiana, Suite 2150 | MOTLEY RICE LLC |
| Houston, TX 77002 | 20 Church St., 17th Floor |
| (713) 860-1600 | Hartford, CT 06103 |
| jedwards@ajamie.com | (860) 882-1681 |
| | mjasinski@motleyrice.com |
| Robert A. Izard, Jr. | rbreakell@motleyrice.com |
| IZARD, KINDALL & RAABE, LLP | |
| 29 South Main St., Suite 305 | |
| West Hartford, CT 06107 | |
| (860) 493-6295 | |
| rizard@ikrlaw.com | |

*Counsel for Plaintiff-Appellant*

In accordance with Rules 26 and 27 of the Federal Rules of Appellate Procedure, Appellant Kelly Milligan respectfully moves to extend the deadline to file his reply brief for 10 days, up to and including August 28, 2025. Appellant has not previously requested an extension of time in which to file his reply brief. This motion is not opposed.

In support of this motion, Appellant states the following:

1. This appeal was docketed on April 14, 2025. ECF 1.

2. In accordance with the Court's briefing order, ECF 3, Appellant filed his opening brief on May 27, 2025. ECF 15.

3. Under the briefing order, Appellees' response brief would have been due on June 26, 2025. ECF 3. On June 4, 2025, Appellees moved for a 30-day extension. ECF 21.

4. Appellant opposed the motion in part because the 30-day extension would cause Appellant's reply brief to be due in mid-August, a time of reduced availability for his counsel. ECF 21 at ¶ 8. Therefore, Appellant only consented to a 14-day extension. *Id.*

5. On June 5, 2025, the Court granted Appellees' motion, extending their response brief deadline to July 28, 2025. ECF 22.

6.    On July 28, 2025, Appellees filed their response brief, ECF 24, making Appellant's reply brief due on August 18, 2025, ECF 22.

7.    As Appellant signaled in his partial opposition to Appellees' motion for an extension, an extension from the August 18, 2025 deadline is necessary for Appellant to reply adequately to Appellees' response brief. ECF 21 at ¶ 8.

8.    In particular, the principal drafters of Appellant's reply brief, including undersigned counsel, have long-standing week-long family vacations scheduled during the 21 days before August 18, 2025.

9.    In addition, members of the drafting team have significant concurrent obligations in other matters, including discovery demands, motion-to-dismiss briefing, and responsibility for opposing a motion for summary judgment due on August 1, 2025.

10.    On July 30, 2025, counsel for Appellant informed counsel for Appellees that they intended to file this motion. On August 1, 2025, Appellees' counsel responded that Appellees consent to the motion.

## CONCLUSION

For all these reasons, Appellant respectfully requests that the time for filing his reply brief be extended by 10 days, to and including August 28, 2025.

| | |
|---|---|
| August 1, 2025 | Respectfully submitted, |
| | |
| John S. Edwards, Jr. | /s/ *Mathew P. Jasinski* |
| AJAMIE LLP | Mathew P. Jasinski |
| 711 Louisiana, Suite 2150 | Riley Breakell |
| Houston, TX 77002 | MOTLEY RICE LLC |
| (713) 860-1600 | 20 Church Street, 17th Floor |
| jedwards@ajamie.com | Hartford, CT 06103 |
| | (860) 882-1681 |
| Robert A. Izard, Jr. | mjasinski@motleyrice.com |
| IZARD, KINDALL | rbreakell@motleyrice.com |
| & RAABE, LLP | |
| 29 South Main St., Suite 305 | |
| West Hartford, CT 06107 | |
| (860) 493-6295 | |
| rizard@ikrlaw.com | *Attorneys for Plaintiff-Appellant* |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure because it contains 376 words, excluding the parts of the filing exempted by Rules 27(a)(2)(B) and 32(f).

This motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2505 Build 16.0.18827.20102) 64-bit, in Century Schoolbook 14-point font.

Dated: August 1, 2025                      /s/ *Mathew P. Jasinski*
                                           Mathew P. Jasinski

                                           *Counsel for Plaintiff-Appellant*