FILED: August 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1385
(3:24-cv-00440-KDB-DCK)

_____

KELLY MILLIGAN, on behalf of himself and all others similarly situated

       Plaintiff - Appellant

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA CORPORATION

       Defendants - Appellees

and

JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global Banking and Global Wealth and Investment Management Administration at Bank of America Corp.

       Defendant

------------------------------

SOCIETY FOR HUMAN RESOURCE MANAGEMENT

       Amicus Supporting Appellee

_____

O R D E R

_____

Society for Human Resource Management has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk
