FILED: August 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1385
(3:24-cv-00440-KDB-DCK)

_____

KELLY MILLIGAN, on behalf of himself and all others similarly situated

        Plaintiff - Appellant

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA CORPORATION

        Defendants - Appellees

and

JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global Banking and Global Wealth and Investment Management Administration at Bank of America Corp.

        Defendant

------------------------------

SOCIETY FOR HUMAN RESOURCE MANAGEMENT; THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; THE CENTER ON EXECUTIVE COMPENSATION; THE AMERICAN BENEFITS COUNCIL; THE ERISA INDUSTRY COMMITTEE

        Amici Supporting Appellee

_____

O R D E R

_____

The Chamber of Commerce of the United States of America, The Center on Executive Compensation, The American Benefits Council, and The ERISA Industry Committee have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk