# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-1385,   <u>Kelly Milligan v. Merrill Lynch, Pierce, Fenner & Smith, Inc.</u>
             3:24-cv-00440-KDB-DCK

TO:   Kelly Milligan
      The Chamber of Commerce of the United States of America
      Society for Human Resource Management
      Merrill Lynch, Pierce, Fenner & Smith, Incorporated
      Securities Industry and Financial Markets Association
      American Benefits Council
      The Center on Executive Compensation
      Erisa Industry Committee
      Bank of America Corporation

**RESPONSE DUE: 09/11/2025**

Response is required to the notice requesting information regarding similar cases on or before 09/11/2025. Please use the **Response - Similar Cases** form to submit response, using the **RESPONSE/ANSWER (to Similar Case notice)** event.

K. Stump, Deputy Clerk
804-916-2702