# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 25-1385     Caption: Kelly Milligan v. Merrill Lynch, Pierce, Fenner & Smith, Inc.

Argument Session For Which You Are Scheduled: December 9-12, 2025

Dates You Are Available To Argue in the Session (if any):

None.

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Undersigned counsel has a Supreme Court argument likely to be scheduled either 12/1-12/3 or 12/8-12/10, but the date will not be announced until October.

Other Relevant Information:

Given the potential conflict identified above, counsel respectfully requests that this argument be continued to the Court's 1/27-30 session, when counsel has no conflicts.

Party(ies) You Represent:

Defendants-Appellees Merrill Lynch, Pierce, Fenner & Smith Inc. and Bank of America Corp.

September 12, 2025                                  s/ Michael E. Kenneally
           Date                                          Counsel Signature

11/29/2021  SCC