# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 15, 2025

_____

RULE 46 OVERDUE RESPONSE

_____

No.      25-1385,    Kelly Milligan v. Merrill Lynch, Pierce, Fenner & Smith, Inc.
                     3:24-cv-00440-KDB-DCK

TO:      Robert Mark Loeb
         Andrew John Pincus

**RESPONSE/ANSWER DUE:  September 18, 2025**

The court previously directed that you file a response indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response. You must remedy this default within 3 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**. Please use the **Response - Similar Cases** form to submit response, using the **RESPONSE/ANSWER (to Similar Case notice)** event.

K. Stump, Deputy Clerk
804-916-2702