## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2025

_____

### RESPONSE REQUESTED - SIMILAR CASES

_____

No.    25-1385,        Kelly Milligan v. Merrill Lynch, Pierce, Fenner & Smith, Inc.
                      3:24-cv-00440-KDB-DCK

TO:    Kelly Milligan
       The Chamber of Commerce of the United States of America
       Society for Human Resource Management
       Merrill Lynch, Pierce, Fenner & Smith, Incorporated
       Securities Industry and Financial Markets Association
       American Benefits Council
       The Center on Executive Compensation
       Erisa Industry Committee
       Bank of America Corporation

RESPONSE DUE: 10/30/2025

Response is required to the notice requesting information regarding similar cases on or before 10/30/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

R. Phillips, Deputy Clerk
804-916-2702