# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: <u>25-1385 Kelly Milligan v. Merrill Lynch, Pierce, Fenner & Smith</u>, Inc.

Please select the appropriate option below:

[✓] I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

[ ] I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Signature: /s/ Andrew J. Pincus

Counsel for: The Chamber of Commerce of the United States of America, The Center on Executive Compensation, The American Benefits Council, and The ERISA Industry Committee

Date: 10/29/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)