# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No.  25-1385    Caption: Kelly Milligan v. Merrill Lynch, Pierce, Fenner & Smith, Inc.

Argument Session For Which You Are Scheduled: January 27-30, 2026

Dates You Are Available To Argue in the Session (if any):

January 28-30, 2026

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:
The undersigned has an oral argument before the U.S. Supreme Court and has been told it will likely occur on January 20 or 21, 2026. Given the likely scheduling of that argument, and to ensure ample time to prepare for this argument, counsel asks this Court not to select January 27 for this argument and instead select a later date during the Session.

Party(ies) You Represent:

Appellees Merrill Lynch, Pierce, Fenner & Smith Inc.; Bank of America Corp.

November 3, 2025                    /s/ Michael E. Kenneally
        Date                              Counsel Signature

11/29/2021  SCC