**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

| | | |
|---|---|---|
| **NWAMAKA ANOWI**<br>**CLERK** | | **TELEPHONE**<br>**(804) 916-2700** |

January 22, 2026

To:     Counsel

From:   Nwamaka Anowi

Re:     Oral arguments scheduled for January 27-30, 2026 Court Session


  Due to the anticipated snowstorm the Court has determined that scheduled in-person oral arguments will be conducted remotely.

  The Court's technical staff will contact counsel of record separately via email with detailed instructions for joining the remote oral argument, including platform access information and applicable technical requirements. Counsel are expected to review and comply with these instructions in advance of the scheduled argument.