FILED: May 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1385
(3:24-cv-00440-KDB-DCK)

_____

KELLY MILLIGAN, on behalf of himself and all others similarly situated

        Plaintiff - Appellant

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA
CORPORATION

        Defendants - Appellees

and

JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global
Banking and Global Wealth and Investment Management Administration at Bank
of America Corp.

        Defendant

------------------------------

SOCIETY FOR HUMAN RESOURCE MANAGEMENT; THE CHAMBER OF
COMMERCE OF THE UNITED STATES OF AMERICA; THE CENTER ON
EXECUTIVE COMPENSATION; THE AMERICAN BENEFITS COUNCIL;
THE ERISA INDUSTRY COMMITTEE; SECURITIES INDUSTRY AND
FINANCIAL MARKETS ASSOCIATION

        Amici Supporting Appellee

———————————————

# M A N D A T E

———————————————

The judgment of this court, entered April 17, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*